11727866

# UNITED STATES DISTRICT COURT

### for the

Eastern District of Virginia

United States of America
v.

Christopher A. Harrison
*Defendant*

)
)
)
)
)
)
)

Case No.  3:24cr152 - SEALED

**SEALED**

*(stamp: RECEIVED U.S. MARSHAL SERVICE 2024 OCT 16 AM 8:05 EASTERN DISTRICT OF VA RICHMOND DIVISION)*

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  CHRISTOPHER A. HARRISON ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
SEE ATTACHED INDICTMENT

Date:  10/16/2024

*Issuing officer's signature*  
*(signature: Smith)*

City and state:  Richmond, Virginia

J. Smith, Deputy Clerk  
*Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)* 10/16/2024 , and the person was arrested on *(date)* 10/17/2024 at *(city and state)* Washington DC (E/VA - Alexandria) | | |

Date: 10/17/2024

*(signature: Ally Mayo)*
*Arresting officer's signature*

Investigative Analyst Ally Mayo
*Printed name and title*

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:24cr152 - SEALED |
| | ) | |
| | ) | |
| | ) | |
| Christopher A. Harrison | ) | |
| *Defendant* | | |

**SEALED**

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    CHRISTOPHER A. HARRISON

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
SEE ATTACHED INDICTMENT

Date:    10/16/2024

_____
*Issuing officer's signature*

City and state:    Richmond, Virginia

J. Smith, Deputy Clerk
*Printed name and title*

---

### Return

| This warrant was received on *(date)* 10/16/2024 , and the person was arrested on *(date)* 10/17/2024 |
|---|
| at *(city and state)* Washington D.C. |

Date: 10/17/2024

_____
*Arresting officer's signature*

RYAN FURR, Special Agent
*Printed name and title*