**CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION**

JUDGE: David J. Novak                                                                 DOCKET NO. 3:24cr00152 (DJN)
REPORTER: Diane Salters, OCR                                           DATE: January 28, 2025

| UNITED STATES OF AMERICA | COUNSEL |
| --- | --- |
| v. | |
| 1. Christopher A. Harrison | 1. Krystal C. Durham, Ashwin Shadilya and Robet M. Cary |

**APPEARANCES:**   GOVERNMENT  Kashan Pathan (X )
                              DEFENDANT WITH COUNSEL  (X)

**BAIL STATUS:**   DEFENDANT ON BOND (X )

**TYPE OF PROCEEDINGS:**   ARRAIGNMENT/GUILTY PLEA AS TO CRIMINAL INFORMATION ( X )

**PRELIMINARY PROCEEDINGS:**   WAIVER OF INDICTMENT EXECUTED, FILED   (X)
CRIMINAL INFORMATION FILED- January 27, 2025 [ECF No. 37]  (X )

**ARRAIGNMENT PROCEEDINGS:**

|   | DEFENDANT(S) | WFA | FA | GUILTY | NG | JURY | WAIVED | 30-DAY WAIVER |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 |   |   |   | Cout 1 |   |   |   |   |
| 2 |   |   |   |   |   |   |   |   |

**GUILTY PLEA PROCEEDINGS:**
DEFENDANT ARRAIGNED ON COUNT  1   ( X )
NO PLEA AGREEMENT  ( X )
STATEMENT OF FACTS FILED ( X )     USED AS SUMMARY (X )
DEFENDANT ENTERED PLEA OF GUILTY AS TO COUNT   1   ( X )
COURT ACCEPTED PLEA (X )  GOVERNMENT SUMMARIZED EVIDENCE (X )

JUDGMENT:  DEFENDANT GUILTY AS CHARGED IN COUNT  1   ( X )
PRESENTENCE REPORT ORDERED ( X )
SENTENCING GUIDELINE ORDER ENTERED ( X )

**BOND HEARING**   DEFENDANT CONTINUED ON PRESENT BOND (X )

**OTHER PROCEEDINGS:**

**CASE CONTINUED TO:**      June 17, 2025 AT 11:00 A. M. FOR Sentencing

CASE SET: 10:30        BEGAN: 10:29         ENDED: 10:54          TIME IN COURT: 25