IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

v.  Criminal No. 3:24cr152 (DJN)

CHRISTOPHER A. HARRISON,
Defendant.

## ORDER
### (Setting Forfeiture and Restitution Hearing; Briefing Schedule)

This matter comes before the Court following Defendant Christopher A. Harrison's ("Defendant") sentencing in the above-captioned matter. As stated from the bench, the Court SCHEDULES a hearing concerning forfeiture and restitution claims for September 29, 2025 at 11:00 a.m. in Courtroom 601 of the Albert V. Bryan United States Courthouse in Alexandria.

The Court ORDERS briefing as follows. The Government shall file its brief no later than July 11, 2025. The Defense shall file its response no later than July 31, 2025. If the Government elects to file a reply, it must do so no later than August 8, 2025.

The Court will cancel the forfeiture and restitution hearing if the parties are able to resolve these issues beforehand.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

/s/
David J. Novak
United States District Judge

Alexandria, Virginia
Dated: June 17, 2025